IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GUANGDANG CHEN,

    *Petitioner,*

v.                                                                          SA-26-CV-03482-FB-KGS

MIGUEL VERGARA, Field Office
Director of Enforcement and Removal
Operations, San Antonio Field Office,
Immigration and Customs Enforcement;
*et al.*,

    *Respondents.*

## ORDER SETTING IN-PERSON EVIDENTIARY HEARING

Before the Court in the above-styled case is Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1. The District Court referred this case to the undersigned for all pretrial proceedings on June 1, 2026. The undersigned therefore has authority to enter this non-dispositive order pursuant to 28 U.S.C. § 636(b)(1)(A). Having reviewed Petitioner's Petition and Federal Respondents' Response (ECF No. 4), the Court finds this case necessitates an evidentiary hearing.

The Court therefore **ORDERS** that an in-person evidentiary hearing on Petitioner's Petition for Writ of Habeas Corpus is set on **Monday, July 20, 2026, at 10:00 a.m.** at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207 in Courtroom D. Counsel should check monitors

in the courthouse lobby on the day of the hearing to confirm that the location of the hearing has not changed.

The parties should be prepared to discuss the petition and response as well as any potential evidentiary issues. Petitioner's presence is necessary for the evidentiary hearing. Because Petitioner is currently incarcerated at the Karnes County Immigration Processing Center in Karnes City, Texas, the Court will issue an Order for Issuance of Writ of Ad Testificandum following this Order.

It is so **ORDERED.**

SIGNED this 29th day of June, 2026.

KELLY G. STEPHENSON
UNITED STATES MAGISTRATE JUDGE

2