IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GUANGDANG CHEN,<br><br> *Petitioner,*<br><br>v.<br><br>MIGUEL VERGARA, Field Office<br>Director of Enforcement and Removal<br>Operations, San Antonio Field Office,<br>Immigration and Customs Enforcement,<br>*et al.*,<br><br> *Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-26-CV-03482-FB-KGS |

## **ORDER VACATING EVIDENTIARY HEARING**

Before the Court is Respondent's Advisory to the Court of Petitioner's Removal. ECF No. 9. Respondents notify the Court that Petitioner Guangdang Chen was removed from the United States on June 23, 2026. ECF No. 9-1.

This case was set for an Evidentiary Hearing on July 20, 2026, at 10:00 a.m., before the Honorable Kelly G. Stephenson. ECF No. 5. Based upon Respondents' showing that they removed Chen on June 23, 2026, the Court hereby **VACATES** the July 20, 2026, hearing date. Accordingly, the Court **VACATES** the Order Directing the Issuance of Writ of Habeas Corpus Ad Testificandum (ECF No. 6) issued on June 29, 2026, and **VACATES** the Writ of Habeas Corpus Ad Testificandum (ECF No. 7) issued to the Warden of the Karnes County Immigration Processing Center in Karnes City, Texas.

The Court further **DIRECTS** the Clerk of Court to provide a copy by U.S. Certified Mail of this Order to the following address and enter the certified mail receipt into the record:

> **Warden**
> **Karnes County Immigration Processing Center**
> **409 FM 1144**
> **Karnes City, Texas 78118**

**It is so ORDERED.**

SIGNED this 8th day of July, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**