IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GUANGDANG CHEN, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-03482-FB |
| | § | |
| MIGUEL VERGARA, Field Office Director of | § | |
| Enforcement and Removal Operations, San | § | |
| Antonio Field Office, Immigration and Customs | § | |
| Enforcement; *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), filed by Petitioner Guangdang Chen ("Petitioner"). On July 2, 2026, Respondents notified the Court of Petitioner's physical removal from the United States (ECF No. 9), which action moots this habeas challenge to Petitioner's extended detention. *See Bacilio-Sabastian v. Barr*, 980 F.3d 480, 483(5th Cir. 2020); *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988); *Riley v. I.N.S.*, 310 F.3d 1253, 1257 (10th Cir. 2002); Virani v. Huron, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020).

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 16th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE